IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN HARRIS and MICHAEL MINTER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLIED INTERSTATE, INC. | : | NO. 09-2453 |

## ORDER

AND NOW, this 15th day of January, 2010, it having been reported to the court that the issues between plaintiffs and defendant in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** that:

1. This case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO THE NAMED DEFENDANT TO THIS ACTION**.

2. All outstanding motions are **DENIED AS MOOT**.

3. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                              or           BY THE COURT:

/s/ Madeline F. Ward                              /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk                                                  J.